AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| United States of America<br>v.<br><br>DAZMINE M. ERVING<br>*Defendant(s)* | )<br>)<br>)  Case No.  20-MJ- 6013<br>)<br>)<br>)<br>) |

FILED
JAN 28 2020
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 21, 2020__ in the county of __Peoria__ in the __Central__ District of __Illinois__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, Section 922(g) | defendant herein, having knowingly been previously convicted under the laws of the State of Illinois of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce, a firearm. |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

s/ Brendan Westart

*Complainant's signature*

BRENDAN WESTART, ATF TFO
*Printed name and title*

Sworn to before me and signed in my presence.

s/ Jonathan E. Hawley

Date: 01/28/2020

*Judge's signature*

City and state: Peoria, Illinois

Jonathan E. Hawley, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT
## IN SUPPORT OF CRIMINAL COMPLAINT

### I.   Background

I, Task Force Officer Brendan Westart, (hereinafter "Your Affiant"), do hereby depose and state the following:

1. Your Affiant is a Task Force Officer of the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (hereinafter "ATF"). Your Affiant has been a law enforcement officer since January 2002.

2. This affidavit is submitted in support of a criminal complaint alleging that Dazmine Erving violated Title 18, United States Code, Section 922(g) (Felon in Possession of a Firearm).

3. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not included each and every fact known to me in this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

4. The statements contained within this Affidavit are based on: (a) my personal participation in this investigation; (b) information provided to me by other federal, state, and local law enforcement officers; (c) my training and experience and the training and experience of other law enforcement agents with whom I have spoken.

II.  **Summary**

5.  On January 21, 2020, Peoria Police Officers Ryan Isonhart and Matheson Wood developed probable cause to conduct a traffic stop of a 2004 Nissan Maxima. Officer Isonhart activated the emergency lights and siren of their vehicle to conduct a traffic stop.  The front seat passenger of suspect vehicle fled on foot.  ERVING was later identified as the passenger.  Officer Wood gave chase to ERVING on foot.  While chasing ERVING Officer Wood observed a firearm fall from his person when ERVING slipped and fell.  ERVING got up and continued to flee.  ERVING was caught and taken into custody a short distance later by Officers Isonhart and Wood.

6.  While back tracking and searching the area, Officers Wood and Isonhart located the firearm that ERVING dropped. This firearm was loaded with one round in the chamber and four in the magazine.

7.  Officers Isonhart and Wood interviewed Erving at the Peoria Police Department. ERVING was given the Miranda Warning.  ERVING agreed to speak with the officers.  ERVING told officers he purchased the gun two days prior from some "shorties" for $300 dollars. ERVING told officers the gun was a .45 caliber and was in his jacket pocket when he fled the vehicle.

8.  Erving is currently on parole and had been out of custody for approximately 30 days prior to above-referenced arrest.

2

9. The firearm that fell from ERVING's jacket pocket is further described as a Springfield Armory XD, Model XDS, .45 caliber pistol, SN: XS591372. This firearm was listed as stolen in the Law Enforcement Agencies Data System.

10. Record checks indicate that ERVING has been previously convicted of a crime punishable by more than one year in prison.

11. The firearm possessed by ERVING was manufactured outside of the State of Illinois.

                s/ Brendan Westart

                Brendan Westart, Task Force Officer
                Bureau of Alcohol, Tobacco, Firearms &
                Explosives

Sworn and subscribed to before me this 28th day of January, 2020:

s/ Jonathan E. Hawley

Jonathan E. Hawley
United States Magistrate Judge
Peoria, Illinois

3